UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

Eastern District of Kentucky
**FILED**

**OCT 0 1 2009**

AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

UNITED STATES OF AMERICA

V.                                                    INDICTMENT NO. _09-CR-64-GFVT_


CHRISTOPHER CRAMER

\*   \*   \*   \*   \*

**THE GRAND JURY CHARGES:**

**INTRODUCTION**

At all times material to this Indictment:

1. **Christopher Cramer** was an inmate at the United States Penitentiary McCreary, McCreary County, Kentucky.

2. **JLC** was an inmate at the United States Penitentiary McCreary, McCreary County, Kentucky.

3. The United States Penitentiary McCreary is a place within the maritime and territorial jurisdiction of the United States.

**COUNT 1**
**18 U.S.C. § 113(a)(1)**

4. The allegations of Paragraphs 1, 2 and 3 of the Introduction are incorporated by reference as if fully set forth herein.

5. On or about November 29, 2008, at the United States Penitentiary in McCreary County, in the Eastern District of Kentucky,

**CHRISTOPHER CRAMER**

did assault inmate **JLC** with the intent to murder him, all in violation of 18 U.S.C. § 113(a)(1).

## COUNT 2
### 18 U.S.C. 113(a)(3)

6. The allegations of Paragraphs 1, 2 and 3 of the Introduction are incorporated by reference as if fully set forth herein.

7. On or about November 29, 2008, at the United States Penitentiary in McCreary County, in the Eastern District of Kentucky,

**CHRISTOPHER CRAMER**

did assault inmate **JLC** with a dangerous weapon, with the intent to do bodily harm, and without just cause or excuse, all in violation of 18 U.S.C. § 113(a)(3).

## COUNT 3
### 18 U.S.C. 113(a)(6)

8. The allegations of Paragraphs 1, 2 and 3 of the Introduction are incorporated by reference as if fully set forth herein.

9. On or about November 29, 2008, at the United States Penitentiary in McCreary County, in the Eastern District of Kentucky,

**CHRISTOPHER CRAMER,**

2

did assault inmate **JLC** resulting in serious bodily injury to **JLC,** all in violation of 18 U.S.C. § 113(a)(6).

## COUNT 4
### 18 U.S.C. § 1791(a)(2)

10. The allegations of Paragraphs 1, 2 and 3 of the Introduction are incorporated by reference as if fully set forth herein.

11. On or about November 29, 2008, at the United States Penitentiary in McCreary County, in the Eastern District of Kentucky,

**CHRISTOPHER CRAMER,**

did knowingly possess a prohibited object, that is a shank or homemade knife, designed and intended to be used as a weapon, all in violation of 18 U.S.C. § 1791(a)(2).

**A TRUE BILL**

_____
**FOREPERSON**

_____
**JAMES A. ZERHUSEN**
**UNITED STATES ATTORNEY**

3

## PENALTIES

**COUNT 1:**      NM than 20 years imprisonment, $250,000 fine, and 3 years supervised release.

**COUNTS 2 & 3:**   NM than 10 years imprisonment, $250,000 fine, or both and 3 years of supervised release.

**COUNT 4:**      NM than 5 years imprisonment, $250,000 fine, or both and 3 years of supervised release

**PLUS:**        Mandatory special assessment of $100 per count