U.S. District Court Eastern District of Kentucky ID#N5ite

# *Criminal Case Assignment*

Case number **6:09CR-64**

Assigned : Judge Gregory Van Tatenhove
Judge Code : 4316

Assigned on 10/01/2009

Request New Judge