AO 245A  (Rev. 7/87) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

EASTERN _____ DISTRICT OF _____ KENTUCKY

UNITED STATES OF AMERICA

V.

CHRISTOPHER CRAMER

**JUDGMENT OF ACQUITTAL**

CASE NUMBER:   6:09-CR-64-GFVT

 

The Defendant was found not guilty as to COUNTS 1, 2 and 3 of the indictment .   IT IS ORDERED that the Defendant is acquitted, discharged, and exonerated as to Counts 1, 2 and 3 of the indictment.

Eastern District of Kentucky
**FILED**

APR 0 8 2010

AT LONDON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

_____
Signature of Judicial Officer

GREGORY F. VAN TATENHOVE, U.S. DISTRICT JUDGE
Name and Title of Judicial Officer

4-8-2010
_____
Date